IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE										PLAINTIFF
ADC #106911

V.									NO.  5:07cv00136 SWW

B.F. SMALLWOOD, et al									DEFENDANTS

<u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for summary judgment (docket entry #14) is hereby denied.

This is Plaintiff's **FINAL WARNING** that the Court will not tolerate his redundant filings or his failure to litigate this action in accordance with the Federal Rules of Civil Procedure.  Plaintiff is advised that any further failure to comply with this directive will result in the immediate dismissal of his action.

IT IS SO ORDERED this 13th day of September 2007.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE