IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                                    PLAINTIFF
ADC #106911

V.                                       NO.  5:07cv00136 SWW

B.F. SMALLWOOD, et al                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.[1]  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motion to dismiss for lack of prosecution (docket entry #25) is hereby granted and Plaintiff's case is dismissed in its entirety, without prejudice.  All pending motions are denied as moot.  Additionally, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 29th day of November 2007.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Mail addressed to plaintiff was returned.