IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                                PLAINTIFF
ADC #106911

V.                                          NO.  5:07cv00136 SWW

B.F. SMALLWOOD, et al                                                             DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 29th day of November 2007.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE